**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| EDDIE OROZCO and ANDREW YOUNG on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., a California corporation, and DOES 1-100, inclusive;<br><br>Defendants. | Case No. SACV 09-0209 JVS (RNBx)<br><br>**ORDER TO DISMISS ACTION IN ITS ENTIRETY WITHOUT PREJUDICE**<br><br>Judge:        Hon. James V. Selna<br>Trial Date:   Not Set |

1  PURSUANT TO THE STIPULATION, it is hereby ordered that this action
2  shall be dismissed in its entirety without Prejudice, with each party to bear its own
3  attorneys' fees and costs.
4
5  IT IS SO ORDERED.
6
7  Dated:  November 16, 2009

_____
HONORABLE JAMES V. SELNA
U.S. DISTRICT COURT JUDGE